DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.S.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2498

[January 17, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502018CJ000680XXXX-MB.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Alexandra A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

GERBER, C.J., LEVINE and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*